**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**CHRISTOPHER JON PERGROSSI,**

     **Plaintiff,**

**v.**                                **Case No. 1:20-cv-193-AW-GRJ**

**DONALD J. TRUMP, as President of the
United States,**

     **Defendant.**

_____/

### ORDER ACCEPTING IN PART REPORT AND RECOMMENDATION

This is one of the many frivolous pro se cases Christopher Jon Pergrossi has recently filed in this court. I have considered the magistrate judge's omnibus order to show cause and report and recommendation. ECF No. 4. No objections were filed.[*] I agree with the magistrate judge that the action is frivolous and has wasted court resources. I note that Pergrossi filed an amended complaint after the report and recommendation issued, ECF No. 6, but it, too, is frivolous.

On the issue of sanctions, the judge in the first-filed case found it to be a close call but did not impose sanctions. *See* No. 1:20-cv-181-MW-GRJ, ECF No. 7. I will likewise not impose sanctions at this time.

---

[*] In another of his cases, Pergrossi filed an objection to the omnibus Report and Recommendation. *See* No. 1:20-cv-181-MW-GRJ, ECF No. 6. Although he did not file that objection (or any objection) in this case, I have nonetheless considered de novo the issues raised in that objection.

The clerk will enter judgment that says, "This case is DISMISSED without leave to amend pursuant to 28 U.S.C. § 1915(e)(2)." The clerk will close the file.

SO ORDERED on October 5, 2020.

s/ *Allen Winsor*
United States District Judge